| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/18/2020 | 🕐 | Retainer/Intake: Retainer/Intake: Prepared for and had intake meeting with client. Reviewed client's situation in detail and discussed potential claims. After agreeing to take the case, reviewed retainer agreement with client. Explained the legal process to client including duty to preserve evidence etc. Client signed retainer agreement. Did some further analysis of claims, case set up, etc. | 11083-Burton . | Abdul K. Hassan, Esq. | 2.09h | 500.00 | - | 1,045.00 |
| 07/21/2020 | 🕐 | Researched claims and defendant(s) - operations, ownership, history and litigation history, etc. Looked into issue of joint employment and corporate/individual liability within the context of the FLSA and NYLL. Looked into issues such as coverage/exemptions, jurisdiction/venue, pre-filing requirements such as administrative filings, etc. Evaluated class v. individual action, etc. Spent time outlining the litigation of the case and strategies including possible defense strategies. Drafted complaint. | 11083-Burton | Abdul K. Hassan, Esq. | 3.18h | 500.00 | - | 1,591.67 |
| 07/22/2020 | 🕐 | Received from EDNY via ECF, Summons, Case assignment, Consent Form, Quality Control info, etc., and entered information | 11083-Burton | Abdul K. Hassan, Esq. | 0.00h | 500.00 | - | 0.00 |
| | | | | | 21.29h 0.0h | | $0.00 | $10,646.67 21.29h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | in system. | | | | | | |
| 07/27/2020 | 🕐 | Drafted and prepared notice of claim, complaint etc., which was then sent to defendant and plaintiff. | 11083-Burton | Abdul K. Hassan, Esq. | 0.88h | 500.00 | - | 441.67 |
| 07/27/2020 | 🕐 | Prepared summons and complaint and related papers sent to process server along with payment, for service on defendant. | 11083-Burton | Abdul K. Hassan, Esq. | 0.77h | 500.00 | - | 383.33 |
| 08/03/2020 | 🕐 | Reviewed proof of service which was then filed along with summons via ECF for service on defendant. | 11083-Burton | Abdul K. Hassan, Esq. | 0.22h | 500.00 | - | 108.33 |
| 09/20/2020 | 🕐 | Answer to Complaint: carefully reviewed and analyzed answer to complaint (admissions, denials etc) which was filed a few days ago by defendant to see what issues remain. Did basic research and review into the affirmative defenses in terms of case strategy/planning and possibly moving to dismiss - what defenses were waived, not properly stated, not relevant etc. Checked for any additional request for relief against plaintiff that way require a timely response. | 11083-Burton | Abdul K. Hassan, Esq. | 0.83h | 500.00 | - | 415.00 |
| | | | | | **21.29h**<br>0.0h | | **$0.00** | **$10,646.67**<br>21.29h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/21/2020 | 🕐 | Received and reviewed FLSA discovery order, calendared dates and updated case plan. | 11083-Burton | Abdul K. Hassan, Esq. | 0.00h | 500.00 | - | 0.00 |
| 11/06/2020 | 🕐 | Reviewed file and issues then drafted and served plaintiff's initial disclosures. | 11083-Burton. | Abdul K. Hassan, Esq. | 0.96h | 500.00 | - | 480.00 |
| 01/06/2021 | 🕐 | Reviewed file and issues then drafted and emailed to mediator plaintiff's mediation statement. | 11083-Burton | Abdul K. Hassan, Esq. | 1.32h | 500.00 | - | 658.33 |
| 01/12/2021 | 🕐 | Received and carefully reviewed documents received from defense counsel and files in preparation for mediation. | 11083-Burton | Abdul K. Hassan, Esq. | 2.62h | 500.00 | - | 1,308.33 |
| 01/13/2021 | 🕐 | Continued preparation, then participated in mediation with plaintifff, defendant's representative, defense counsel and mediator. | 11083-Burton | Abdul K. Hassan, Esq. | 3.95h | 500.00 | - | 1,975.00 |
| 01/26/2021 | 🕐 | Received and reviewed draft agreement from defense counsel, made changes, etc. and sent back to defense counsel. | 11083-Burton | Abdul K. Hassan, Esq. | 1.23h | 500.00 | - | 615.00 |
| 02/02/2021 | 🕐 | Reviewed file and issues then | 11083-Burton | Abdul K. | 0.51h | 500.00 | - | 255.00 |
| | | | | | **21.29h** 0.0h | | **$0.00** | **$10,646.67** 21.29h |

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | drafted and filed notice of settlement and request for adjournment. | | Hassan, Esq. | | | | |
| 02/09/2021 | 🕐 | Prepared for, then conferred with plaintiff and reviewed final version of settlement documents, which were then executed by Plaintiff. | 11083-Burton | Abdul K. Hassan, Esq. | 0.37h | 500.00 | - | 185.00 |
| 02/16/2021 | 🕐 | Reviewed file and issues then drafted and prepared motion for settlement approval along with supporting documentation. | 11083-Burton | Abdul K. Hassan, Esq. | 1.37h | 500.00 | - | 685.00 |
| 02/28/2021 | 🕐 | Estimated time to complete remainder of case – closing papers, client meetings etc. assuming things go smoothly. | 11083-Burton . | Abdul K. Hassan, Esq. | 1.00h | 500.00 | - | 500.00 |
| | | | | | **21.29h** | | **$0.00** 0.0h | **$10,646.67** 21.29h |