Ah Lg &lt;legal@abdulhassan.com&gt;

## Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

**do_not_reply@psc.uscourts.gov** &lt;do_not_reply@psc.uscourts.gov&gt;  Wed, Jul 22, 2020 at 4:12 PM
Reply-To: Frank_Daley@nyed.uscourts.gov
To: legal@abdulhassan.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 2504053
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $400.00
Tracking Id: ANYEDC-13100697
Approval Code: 572631
Card Number: ************2595
Date/Time: 07/22/2020 04:12:33 ET

NOTE: This is an automated message. Please do not reply



# Invoice

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

| Date | Invoice # |
|---|---|
| 7/28/2020 | S1843216 |

**Bill To**
Abdul Karim Hassan, Esq. Attorney and Cou
Abdul K. Hassan
215-28 Hillside Avenue
Queens Village, NY 11427

**Ship To**
Abdul Karim Hassan, Esq. Attorney and Cou
Abdul K. Hassan
215-28 Hillside Avenue
Queens Village, NY 11427



| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | SW | 401000 | 718-740-1000 |

| Description | Amount |
|---|---|
| Derrick Burton, Individually, and on behalf of all other similarly situated VS City Lumber, Inc. | |
| SERVICE ON: City Lumber, Inc. | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 20.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 8.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

| | |
|---|---|
| Total | $73.00 |
| Payments/Credits | -$73.00 |
| Balance Due | $0.00 |

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

1345

**ABDUL HASSAN LAW GROUP, PLLC**
215-28 HILLSIDE AVENUE
QUEENS VILLAGE, NY 11427

1-8/210

DATE 1/21/2021

PAY TO THE ORDER OF Mr. Raymond Nardo     $ 300

Three Hundred Dollars     DOLLARS

citibank
CITIBANK, N.A. BR. #77
176-50 UNION TURNPIKE
FLUSHING, NY 11366

FOR Burton Mediation Fee.     Abdul Hassan

⑆00001345⑆ ⑈021000089⑈